**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6033**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARTINEZ ANTWON BOWENS, a/k/a Twon, a/k/a
T-Money,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CR-98-380, CA-01-665)

---

Submitted:  April 17, 2003          Decided:  April 22, 2003

---

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Martinez Antwon Bowens, Appellant Pro Se.  Michael Cornell Wallace,
OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Martinez Antwon Bowens seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Bowens has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 123 S. Ct. 1029 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2